UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALLEN RHEAUME,  :  <br>     Plaintiff  : | |
|     v.  : | File No. 1:06-CV-13 |
| ROBERT HOFMANN, RAYMOND FLUM, SANDRA OLBERG, RICHARD BYRNES, JAY SIMONS, KEITH TALLON, LYNN ROBERTO, SUE BLAIR, RUTHIE HOLMES,  : <br>     Defendants  : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed October 11, 2006 (Paper 21). After de novo review and absent timely objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Defendants' motion to dismiss (Paper 12) is GRANTED and the case is hereby DISMISSED.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 1st day of November, 2006.

                                                /s/ J. Garvan Murtha
                                                J. Garvan Murtha
                                                United States District Judge